**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Larry T. Chestnut, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2019-000533

---

Appeal From Horry County
Larry B. Hyman, Jr., Post-Conviction Relief Judge

---

Unpublished Opinion No. 2023-UP-240
Submitted May 1, 2023 – Filed June 14, 2023

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Stephen Drew Geoly, of Geoly Law Firm, of Greenwood, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General Jonathan Scott Matthews, both of Columbia, for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Petitioner Larry T. Chestnut's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.